**No. 58965.**—S. S. Kresge Co. *v.* United States, protests 221666–K and 208204–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 57018, the claim of the plaintiff was sustained.